IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DWIGHT SWEENEY, AIS # 187597, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:10cv747-ID ) |
| LOUIS BOYD, *et al.*, | ) ) |
| Defendants. | ) |

**OPINION and ORDER**

On February 2, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. No. 21). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. That the Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2. That the defendants' motion for summary judgment be and is hereby GRANTED;

3. That this case be and is hereby DISMISSED with prejudice; and

4. That costs be and are hereby TAXED against the plaintiff.

Done this the 21st day of March, 2011.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE